JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

FERRIS VALENTINE,

             Plaintiff,

             v.

USP VICTORVILLE,

             Defendant.

Case No. 5:25-cv-03050-SVW (JDE)

JUDGMENT

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: January 23, 2026

_____
STEPHEN V. WILSON
United States District Judge